UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CATHLEEN NEILS,<br><br>                Plaintiff,<br><br>  v.<br><br>GRANT COUNTY, a Washington municipal corporation, and D. ANGUS LEE, individually,<br><br>                Defendants. | NO: CV-09-151-RMP<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION FOR PROTECTION ORDER |

BEFORE the Court is the parties' Stipulated Motion to Protect Medical Records, Ct. Rec. 30. Having reviewed said Motion and the file and pleadings therein and being fully advised in the premise, the Court finds that good cause exists to grant the motion governing disclosure of Plaintiff's medical records.

Accordingly, **IT IS HEREBY ORDERED**:

1. Parties' Stipulated Motion to Protect Medical Records, **Ct. Rec. 30**, is **GRANTED**.

ORDER GRANTING PARTIES STIPULATED MOTION FOR PROTECTION ORDER ~ 1

2. All documents that a party wants subject to this Protective Order shall be stamped with the word "CONFIDENTIAL." Any document not so marked shall not receive such protection. Producing one or more documents not so stamped but with a cover letter from the producing party identifying the documents produced as "CONFIDENTIAL" is insufficient to obtain the protection of this Protective Order.

3. All documents stamped "CONFIDENTIAL" shall be used solely for the purpose of this litigation and shall not be disclosed, except pursuant to a court order, to anyone except:

    a. The party(ies), their attorneys, and the attorney's employees;

    b. Consultants and experts retained by any party for the purpose of assisting in the preparation or presentation of claims or defenses;

    c. Any witness in the course of counsel, or counsels' employees, who are conducting an interview of the witness, a deposition of a witness, or testimony during the trial of this matter of any witness, or during the testimony of any witness in any hearing conducted during the course of this litigation; and

    d. To the members of the jury in accordance with the rules and orders of this Court regarding the publishing of exhibits for trial.

4. This Order does not restrict any party from requesting a hearing to seal any document marked "CONFIDENTIAL" if the same is filed with the Court as

ORDER GRANTING PARTIES STIPULATED MOTION FOR PROTECTION ORDER ~ 2

part of the litigation in this matter. The parties shall follow GR15 regarding this procedure.

5. Upon completion of this litigation, all copies of the records or documents subject to this Protective Order, or testimony with references thereto, shall remain confidential, and shall continue to be kept pursuant to the above criteria.

6. Nothing contained herein shall be construed to prejudice or limit any party's right to use the records in taking of depositions or at trial to the extent permitted, if at all, under the rules of evidence and civil procedure.

7. Nothing in this Order shall prevent any party hereto from seeking modification of this order, or its use in another litigation or claim, if applicable, or from objecting to discovery which it believes to be otherwise improper.

8. Nothing in the Protective Order shall prevent any party hereto from challenging a party's designation of a document as "CONFIDENTIAL."

9. Nothing in the Protective Order shall prohibit a party who inadvertently discloses a document without stamping it "CONFIDENTIAL" from advising the other parties within a reasonable time of such inadvertent disclosure and

/ / /

ORDER GRANTING PARTIES STIPULATED MOTION FOR PROTECTION ORDER ~ 3

1 | reproducing the document with a "CONFIDENTIAL" stamp.

2 | The District Court Executive is directed to enter this Order and provide
3 | copies to counsel.

5 | **DATED** this 30th day of June, 2010.

```
                                    s/ Rosanna Malouf Peterson
                                  ROSANNA MALOUF PETERSON
                                  United States District Court Judge
```

ORDER GRANTING PARTIES STIPULATED MOTION FOR PROTECTION ORDER ~ 4