1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

8
9
10
11
12
13
14
15
16
17

| | |
|---|---|
| CATHLEEN NEILS,<br><br>      Plaintiff,<br><br>  v.<br><br>GRANT COUNTY, a Washington municipal corporation, and D. ANGUS LEE, individually,<br><br>      Defendants. | NO:  CV-09-151-RMP<br><br>ORDER OF DISMISSAL WITH AND WITHOUT PREJUDICE |

18
19  BEFORE the Court is the parties' Stipulation for Dismissal (Ct. Rec. 93).

20 The Court has reviewed the stipulation, file and pleadings, and is fully informed.

21 Accordingly,
22
23  **IT IS HEREBY ORDERED:**

24  1. The parties' Stipulation for Dismissal with Prejudice (**Ct. Rec. 93**) is
25
26   **APPROVED**.

27
28

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Plaintiff's complaint is dismissed as follows:

    a) First Cause of Action (FMLA – Retaliation), Second Cause of Action (FMLA – Interference), and Third Cause of Action (Violation of Civil Rights – 42 U.S.C. § 1983) are **DISMISSED WITH PREJUDICE.**

    b) Fourth Cause of Action (Discharge in Violation of Public Policy) is **DISMISSED WITHOUT PREJUDICE**,

3. Grant County's and D. Angus Lee's counterclaims are **DISMISSED WITHOUT PREJUDICE**.

4. Each party will bear their own costs and fees.

5. All pending motions are **DENIED AS MOOT**.

6. All court scheduled court dates, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, enter judgment and **CLOSE** this file.

**DATED** this 18th day of February, 2011.

                             *s/ Rosanna Malouf Peterson*
                          ROSANNA MALOUF PETERSON
                          Chief United States District Court Judge