AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CATHLEEN NEILS,

                      Plaintiff,

                v.

GRANT COUNTY, a Washington municipal corporation, and D. ANGUS LEE, individually,

                    Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-151-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that
1. Plaintiff's complaint is dismissed as follows:

   a)  First Cause of Action (FMLA - Retaliation), Second Cause of Action (FMLA - Interference), and Third Cause of Action (Violation of Civil Rights - 42 USC Section 1983) are DISMISSED WITH PREJUDICE.

   b)  Fourth Cause of Action (Discharge in Violation of Public Policy) is DISMISSED WITHOUT PREJUDICE.

2. Grant County's and D. Angus Lee's counterclaims are DISMISSED WITHOUT PREJUDICE.

Each party will bear their own costs and fees.

February 18, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson